| | |
|---|---|
| *ERIC DUCLOS,*  )<br>  )<br>         Plaintiff,  )<br>  )<br>v.  )<br>  )<br>*ALTEC INDUSTRIES, INC.,*  )<br>*ALTEC, INC., and*  )<br>*J.J. KANE ASSOCIATES, INC. d/b/a*  )<br>*J.J. KANE AUCTIONEERS,*  )<br>  )<br>         Defendants.  )<br>  )<br>  ) | Case No. 16-1162-DRH-SCW<br><br>**JURY TRIAL DEMANDED** |

*ALTEC INDUSTRIES, INC.,*  )
*ALTEC, INC., and*  )
*J.J. KANE ASSOCIATES, INC. d/b/a*  )
*J.J. KANE AUCTIONEERS,*  )
  )
         Third Party Plaintiffs,  )
  )
v.  )
  )
*BIG D ELECTRIC, INC., n/k/a*  )
*K D BREWER ENTERPRISES, INC.,*  )
*BIG D RIGHT OF WAY SERVICES, INC., n/k/a*  )
*D L BREWER ENTERPRISES, INC.,*  )
*BHMG ENGINEERS, INC.,*  )
*BHMG ELECTRIC, LLC, n/k/a BIG D*  )
*ELECTRIC, LLC, and*  )
*BHMG ROW, LLC (a/k/a BIG D*  )
*RIGHT OF WAY, LLC), n/k/a*  )
*BIG D ROW, LLC,*  )
  )
         Third Party Defendants.  )

## **ORDER**

This matter is before this Court on Defendants/Third-Party Plaintiffs' Altec, Inc. ("Altec"), Altec Industries, Inc. ("Altec Industries"), and J.J. Kane Associates, Inc., d/b/a J.J. Kane Auctioneers ("J.J. Kane") (collectively, "Third-Party Plaintiffs") Combined Motion and Brief for Voluntary Dismissal of Third-Party

Defendants BHMG Engineers, Inc. ("BHMG Engineers"), BHMG Electric, LLC n/k/a Big D Electric, LLC ("BHMG Electric"), and BHMG Row, LLC (a/k/a Big D Right of Way, LLC), n/k/a Big D Row, LLC ("BHMG Row") (collectively, "BHMG Defendants"), Only ("Third-Party Plaintiffs' Motion").

**IT IS HEREBY ORDERED** that Third-Party Plaintiffs' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** Third-Party Plaintiffs' First Amended Third-Party Complaint for Contribution and Indemnity ("Third-Party Complaint") (Doc. 54) in the above-captioned case is dismissed <u>**without**</u> prejudice as against the BHMG Defendants only.

**IT IS HEREBY FURTHER ORDERED** Third-Party Plaintiffs' Third-Party Complaint and any and all claims and causes of action asserted therein remain in full force and effect as against Third-Party Defendants Big D Electric, Inc., n/k/a K D Brewer Enterprises, Inc. ("Big D Electric"), and Big D Right of Way Services, Inc., n/k/a D L Brewer Enterprises, Inc. ("Big D Right of Way") (collectively, "Big D Defendants").

**IT IS SO ORDERED.**

Judge Herndon
2018.01.12
12:02:48 -06'00'

**United States District Judge**