**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| *ERIC DUCLOS,* ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> *ALTEC INDUSTRIES, INC.,* ) <br> *ALTEC, INC.,* and ) <br> *J.J. KANE ASSOCIATES, INC. d/b/a* ) <br> *J.J. KANE AUCTIONEERS,* ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 16-1162-JPG <br><br> JURY TRIAL DEMANDED <br><br> Trial: May 18, 2020 <br><br> Judge: J. Phil Gilbert, Senior District Judge |

*ALTEC INDUSTRIES, INC.,*        )
*ALTEC, INC.,* and                )
*J.J. KANE ASSOCIATES, INC. d/b/a*  )
*J.J. KANE AUCTIONEERS,*         )
                                 )
        Third Party Plaintiffs,  )
                                 )
v.                               )
                                 )
*BIG D ELECTRIC, INC., n/k/a*    )
*K D BREWER ENTERPRISES, INC., and BIG D*  )
*RIGHT OF WAY SERVICES, INC., n/k/a*  )
*D L BREWER ENTERPRISES, INC.*,  )
                                 )
        Third Party Defendants.  )

**JOINT MOTION FOR FOURTH AMENDED PROPOSED**
**SCHEDULING AND DISCOVERY ORDER**

COME NOW the parties and move for entry of the Fourth Amended Proposed Scheduling and Discovery Order:

  1.  The parties endeavored to follow the current scheduling order (Doc. 106).

1

2. However, scheduling between the attorneys has been problematic, particularly with regard to third-party defendants' counsel's availability to depose the defendants' experts.

3. Thus, to adequately prepare for trial, including the substantial expert testimony, the parties seek an extension on certain deadlines:

    a. Depositions for defendants' experts: from September 1, 2019, to **December 13, 2019**.

    b. Third-party experts to be disclosed: from October 1, 2019, to **December 31, 2019**.

    c. Depositions for Third-party experts: from December 1, 2019, to **January 31, 2020**.

    d. Discovery to be completed: from January 1, 2020, to **January 31, 2020**.

    e. Expert challenges (i.e. *Daubert* motions): from February 1, 2020 to **February 28, 2020**.

4. The parties sought to extend the deadlines with minimal inconvenience for the Court.

    a. Notably, the parties are **not** seeking an extension on the February 1, 2020 dispositive-motion deadline.

    b. Nor are the parties seeking an extension on the May 18, 2020 trial date.

5. The Joint Proposed Fourth Amended Scheduling and Discovery Order is being sent to chambers — JPGpd@ilsd.uscourts.gov — in Microsoft Word format, pursuant to the Court's Case Management Procedures.

WHEREFORE, the parties pray for entry of the Joint Proposed Fourth Amended Scheduling and Discovery Order, and other relief deemed just and proper.

By: */s/ Thomas Q. Keefe, Jr.*
Thomas Q. Keefe, Jr.
Keefe, Keefe & Unsell P.C.
#6 Executive Woods Court
Belleville, IL 62226
*Attorneys for Plaintiff*

By: */s/ Mary Anne Mellow*
Mary Anne Mellow
Timothy C. Sansone
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
E-mail:  mmellow@sandbergphoenix.com
           tsansone@sandbergphoenix.com

and

HOOD LAW FIRM LLC

Robert H. Hood (*pro hac vice*)
Robert H. Hood, Jr. (*pro hac vice*)
James Hood (*pro hac vice*)
172 Meeting Street
Charleston, SC 29401
843-577-1201 – Robert Hood
843-577-1219 – Robert Hood, Jr.
E-mail:  bobby.hood@hoodlaw.com
           bobbyjr.hood@hoodlaw.com
           james.hood@hoodlaw.com

*Attorneys for Defendants and Third-Party Plaintiffs*
*Altec Industries, Inc., Altec, Inc., and J.J. Kane*
*Associates, Inc. d/b/a J.J. Kane Auctioneers*

By: */s/ Michael D. Cerulo*
Michael D. Cerulo
Baty, Holm, Numrich & Otto P.C.
231 S. Bemiston Ave., Ste. 1100
St. Louis, MO 63105
*Attorney for Third Party Defendants*
*Big D Electric, Inc., n/k/a K D*
*Brewer Enterprises, Inc. and*
*Big D Right of Way Services, Inc., n/k/a*
*D L Brewer Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing on November 25, 2019, and it was thereafter served to all counsel of record via the Court's e-filing system.

*/s/ Mary Anne Mellow*