IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC DUCLOS,

Plaintiff,

v.

ALTEC INDUSTRIES, INC., *et al*.,

Defendants.

Case No. 16-cv-1162 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 4, 2020**          **MARGARET M. ROBERTIE, Clerk of Court**

                                                **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**